■ WALTER JOHNSEN, Respondent, v. BERNARD GALLAGHER et al., Appellants.—

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

■ CHARLES KELLER, Respondent, v. EDWARD RAPPOPORT, Appellant.—

Brennan and Hopkins, JJ., concur; Ughetta, Acting P. J. and Christ, J. concur in result, with the following memorandum: We feel bound by the majority view in *Dobkin* v. *Chapman* (25 A D 2d 745) and *Sellars* v. *Raye* (25 A D 2d 757), although we adhere to the dissenting opinions therein expressed.